# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: January 17, 2020

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| NATALIA A. AUGUSTINE, | \* |
| | \* |
| | \* |
| Petitioner, | \*     No. 18-1558V |
| | \* |
| v. | \*     Special Master Dorsey |
| | \* |
| SECRETARY OF HEALTH | \* |
| AND HUMAN SERVICES, | \* |
| | \* |
| Respondent. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS[1]

On January 17, 2020, petitioner filed a Stipulation of Dismissal in the above-captioned case, attached hereto as Appendix A.

Accordingly, pursuant to Vaccine Rule 21 (a), the above-captioned case is hereby dismissed without prejudice. The Clerk of the Court is hereby instructed that a judgment shall not enter in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

1

Dated:   1-17-2020

Nora Beth Dorsey
Special Master

2

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

NATALIA A. AUGUSTINE,

Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

Respondent.

No. 18-1558V
Special Master Dorsey
ECF

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties, the following matters:

1. On October 9, 2018, petitioner filed a Petition for Vaccine Compensation.

2. The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed.

| Petitioner (pro se): | Respondent's Counsel: |
|---|---|
| NATALIA A. AUGUSTINE | JENNIFER L. REYNAUD |
| 3933 West End Road | Trial Attorney |
| Downers Grove, IL 60515 | Torts Branch, Civil Division |
| (630) 310-1949 | U.S. Department of Justice |
| natyadelante@yahoo.com | P.O. Box 146 |
| | Benjamin Franklin Station |
| | Washington, D.C. 20044-0146 |
| | (202) 305-1586 |
| | Jennifer.L.Reynaud@usdoj.gov |

DATED: 01/13/2020

Received - USCFC

JAN 17 2020